## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARIA ELDER,

    Plaintiff,

v.                        Case No.  8:10-cv-1560-T-30TGW

LIFE PATH HOSPICE/HPC HEALTHCARE, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation and Joint Motion for Dismissal With Prejudice (Dkt. #12).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation and Joint Motion for Dismissal With Prejudice (Dkt. #12) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear her or its own costs and attorney's fees.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 1, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1560.dismiss 12.wpd